**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARGARITA NUNEZ LUNA,

                Plaintiff,                19 **CIVIL** 3120 (GBD)

     -v-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          March 31, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                              **Clerk of Court**
                 **BY:**
                                              _____
                                                **Deputy Clerk**